IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SILVANO WUESCHNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:08-CV-734-WKW |
| | ) |
| NCO FINANCIAL SYSTEMS, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the parties' joint Stipulation of Dismissal with Prejudice (Doc. # 75), which comports with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action has been dismissed by operation of Rule 41, on the terms agreed to and set out by the parties. The Clerk of the Court is ORDERED to close this case.

Done this 25th day of March, 2010.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE